**United States Bankruptcy Court**
**Eastern District of New York**

**Statement Pursuant to Local**
**Bankruptcy Rule 2017-1**

Debtor: Gerard Tolan
Co-Debtor:

Description of services rendered and approximate time spent on matter
Discussion of situation                          Time Spent/hr        Date
1. Option which were available                   .8                    12/18/2013
2. Implication of Bankruptcy                     .5                    12/18/2013
3. Discussion of financial status                1.0                   12/18/2013
4. Review Petition with Petitioner               1.0                   12/23/2013
5. Review and verified Debt of parties           1.0                   12/27/2013
6. Final review and Verification with Parties    2.0                   12/27/2013

All services where performed by Damon A. Hagan, esq. who is billed at 350 per hour, but charged a flat rate in this matter.

Client provided filing fee, and no expenses where incurred by the above attorney other then time in preparing petition.

I certify under a penalty of perjury the above to be true and accurate pursuant to local rules of the court.

Damon A. Hagan /dh7333/
Attorney for the Debtors