UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
IN RE                                    CHAPTER 7
                                         Case No. 8−13−76417−reg
           GERARD TOLAN
                                         **AFFIDAVIT**
                  Debtor.
-----------------------------------------------------------------

## AFFIDAVIT OF INCOME

January 9, 2014

I, Gerard Tolan, due hereby acknowledge and swear that I have been unemployed for 60 days, therefore I do not have pay stubs.

/s/_Gerard Tolan_____ _____
Gerard Tolan