UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                                    NOTICE OF APPEARANCE

      Gerard Tolan,                                            CHAPTER 7
                                                                          CASE 13-76417
                                                                          Hon. Robert E. Grossman

      Debtor
-------------------------------------------------------x

NOTICE OF APPEARANCE WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES, AND PLEADINGS UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)

      Wells Fargo Bank, N.A., a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (i) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (ii) all such documents be directed to counsel at the address set forth below.

January 20, 2014

                                            McCabe, Weisberg & Conway
                                            Attorneys for Secured Creditor
                                            by: _____
                                            Charles Higgs, Esq.
                                            145 Huguenot Street, Suite 210
                                            New Rochelle, New York 10801
                                            914.636.8900