```
                              United States Bankruptcy Court
                               Eastern District of New York

In re:                                                              Case No. 13-76417-reg
Gerard Tolan                                                        Chapter 7
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0207-8          User: admin                Page 1 of 1         Date Rcvd: Mar 17, 2014
                              Form ID: 268               Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2014.
db            +Gerard Tolan,    15 Fordham St,    Patchogue, NY 11772-3235

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2014                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2014 at the address(es) listed below:
              Charles Higgs    on behalf of Creditor    Wells Fargo Bank, N.A. chiggs@mwc-law.com
              Damon A Hagan    on behalf of Debtor Gerard    Tolan damon.hagan@mayerrosshagan.com
              Richard L Stern    rstern@maccosternlaw.com,    jhodgins@maccosternlaw.com,rstern@ecf.epiqsystems.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

| | |
|---|---|
| IN RE: | CASE NO: 8–13–76417–reg |
| Gerard Tolan | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx–xx–0042 | |
| DEBTOR(s) | |

## NOTICE OF NO FINANCIAL MANAGEMENT CERTIFICATE

Notice is hereby given that:

The above−named debtor(s) has not filed a Certificate of Completion of a course in Financial Management or Official Form 23 in accordance with Interim Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate or Official Form 23 is filed by April 1, 2014 , this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: March 17, 2014

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnfcer1.jsp** [Notice of No Financial Certificate Filed rev. 09/26/06]